# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

DENISE LOUISE COUSINS, )
)
        Plaintiff, ) Case No. 05-3096
vs. )
) **ORDER OF DISMISSAL**
KLAMATH COUNTY, a public )
entity, )
        Defendant. )
_____)

This case having been reported settled and pursuant to Local Rule 125-4,

IT IS ORDERED that this action is dismissed without prejudice and with leave to reopen within sixty (60) days should settlement fail to be consummated.

DATED this __9__ day of __August__, 2007.

SHERYL McCONNELL
CLERK, U.S. DISTRICT COURT

_Rebecca Moore_
By Rebecca Moore, Deputy Clerk