FILED'07 SEP 21 10:51USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DENISE LOUISE COUSINS, )
)   Case Number  05-3096-PA
            Plaintiff,    )
     v.                   )
                          )   **JUDGMENT**
KLAMATH COUNTY, a public entity, )
                          )
            Defendant.    )

Based on the record,

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the settlement between the parties, the above entitled case is dismissed with prejudice and without costs to either party.

DATED this _20_ day of _Sept_, 2007.

Owen M. Panner
United States District Court Judge

Page 1 - JUDGMENT